**Kefa Sent Hotep BEY, Plaintiff–Appellant,**

v.

**Officer PICTRUS K.; Officer M.T. Retort; Officer C.E. Talton, Jr.; Officer B.D. Blanton; Chief of Police Rodney Monroe; Mayor Anthony Foxx, Defendants–Appellees.**

**No. 12–2131.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 26, 2012.

Kefa Sent Hotep Bey, Appellant Pro Se.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kefa Sent Hotep Bey seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as frivo-

lous. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T] he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on August 13, 2012. The notice of appeal was filed on September 13, 2012. Because Bey failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*